BOWMAN AND BROOKE LLP
Robert S. Robinson, SBN: 131461
Jenny A. Covington, SBN: 233625
    (not admitted in E. Dist.)
879 West 190th Street, Suite 700
Gardena, California 90248-4227
Tel: (310) 768-3068
Fax: (310) 719-1019

Attorneys for Defendant
SMITHS MEDICAL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN GRAHAM, deceased, JOSEPH GRAHAM, as the Executor of the Estate of Barbara Jean Graham on behalf of the HEIRS.<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHS MEDICAL, MED ALERT and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO: 1:07-CV-00991-LJO-NEW**<br><br>**ORDER DENYING AN EXTENSION OF TIME FOR DEFENDANT'S RESPONSE**<br><br>Trial Date: None |

The Court, having read the Stipulation between Plaintiffs Barbara Jean Graham, deceased, and Joseph Graham, on the one hand, and Defendant Smiths Medical, on the other, pursuant to Local Rule 6-144, for a 30-day extension of the time for Defendant Smith Medical to file and serve its initial response to the Complaint, finds that the stipulation is so vague (in that it basically indicates that counsel simply wish to chat about the case for a longer period of time, for what reason and to what end being unknown and unstated, and why the discussion did not take place sooner is also unknown and unstated) that good cause is not stated.

IT IS HEREBY ORDERED that Defendant Smiths Medical shall have until the end of the day on Monday August 27, 2007 to file and serve its initial response to the Complaint.

**IT IS SO ORDERED**.


IT IS SO ORDERED.

Dated:   **August 23, 2007**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE