BOWMAN AND BROOKE LLP
Robert S. Robinson, SBN: 131461
Jenny A. Covington, SBN: 233625
    (not admitted in E. Dist.)
879 West 190th Street, Suite 700
Gardena, California 90248-4227
Tel:  (310) 768-3068
Fax:  (310) 719-1019

Attorneys for Defendant
SMITHS MEDICAL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN GRAHAM, deceased, JOSEPH GRAHAM, as the Executor of the Estate of Barbara Jean Graham on behalf of the HEIRS.<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHS MEDICAL, MED ALERT and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO: 1:07-CV-00991-LJO-NEW**<br><br>**RENEWED AND AMENDED JOINT STIPULATION OF PARTIES EXTENDING TIME FOR DEFENDANT'S RESPONSE (PER LOCAL RULE 6-144(a)); [PROPOSED] ORDER**<br><br>*{Prior and First Request for an Extension Denied on 8/24/07}*<br><br>Trial Date: None |

L421307

1

RENEWED AND AMENDED JOINT REQUEST/ REQUEST FOR RECONSIDERATION AND STIPULATION OF PARTIES EXTENDING TIME FOR DEFENDANT'S RESPONSE (PER LOCAL RULE 6-144(a)); [PROPOSED] ORDER

**TO THE HONORABLE LAWRENCE J. O'NEILL, JUDGE OF THE UNITED STATES DISTRICT COURT:**

Plaintiffs Barbara Jean Graham, deceased, and Joseph Graham, on the one hand, and Defendant Smiths Medical, on the other, hereby stipulate, pursuant to Local Rule 6-144(a), for a 30-day extension of the time for this Defendant to file and serve its initial response to the Complaint as follows:

## RECITALS

1. Plaintiffs Barbara Jean Graham, deceased, and Joseph Graham initiated this case on July 11, 2007 in the United States District Court for the Eastern District of California.

2. Defendant, Smiths Medical was not served with the Complaint, but instead received notice of this pending action for the first time through service of the First Amended Complaint.

3. Plaintiffs' counsel represents that he could not discuss his clients' potential claims with Smiths Medical before filing this action because he first had contact with them too close to the statute of limitations.

4. Defendant Smiths Medical has received no prior extension of time to respond as the First Stipulation filed on August 20, 2007 was denied by the Court today, August 24, 2007 and the Court has ordered Defendant Smiths Medical's to file its responsive pleading(s) by August 27, 2007.

5. Upon receipt of the First Amended Complaint, counsel for Smiths Medical immediately contacted Plaintiffs' counsel and counsel for both parties held a lengthy and substantive discussion about the facts

and the legal theories of the case, which discussion has continued, and included the following topics:

    a.    Whether Plaintiffs' RICO claim pleaded in Plaintiffs' First Amended Complaint is appropriate in a products liability action at all and with the amount and detail of facts;

    b.    Whether Plaintiffs' fraud claim pleaded in Plaintiffs' First Amended Complaint is appropriate in a products liability action at all and with the amount and detail of facts;

    c.    Whether Plaintiffs' survivorship claims pleaded in Plaintiffs' First Amended Complaint are barred by the two-year statute of limitations;

    d.    Whether Plaintiffs' punitive damages request was appropriate in this products liability action based on the amount and detail of facts pleaded;

    e.    That, prior to any substantive discussions of settlement occurring in the product liability case, Smiths Medical would need to examine the pump;

    f.    Plaintiffs' counsel did not have possession of the pump and would undertake an effort to locate the chemotherapy pump, which was last in a physician's or hospital's possession; and

    g.    The Parties would seek an extension, through the Local Rules procedures, for time for Plaintiffs' counsel to locate the pump and to evaluate the potential challenges to Plaintiffs RICO, fraud, and survivorship claims for relief.

6.    Counsel for Plaintiffs and Smiths Medical both mistakenly understood that Local Rule 6-144(a) did not require this Court's approval

for an initial, stipulated extension of time for Smiths Medical's initial response to the First Amended Complaint.

7. The Parties' counsel have used the time since their initial discussion to informally discuss and investigate the facts, including the location of the chemotherapy pump which has not yet been located, and have not addressed the legal issues underlying Plaintiffs' claims underlying their claims for relief because counsel mistakenly believed their Stipulation did not require Court approval.

8. The Parties believe that it will be productive and is otherwise in the interest of justice that Defendant Smiths Medical have a 30-day extension of time from the date that its initial response to the Complaint currently was due, August 22, 2007, to September 21, 2007, within which to file and serve its initial response to the First Amended Complaint. They will use that time to discuss the facts and hopefully whether any potential resolution is possible. In addition, they will use that time in the hopes of reaching some agreement on the RICO, fraud, and survivorship claims for relief and thereby avoiding wasting the Court's resources on a motion to dismiss and a motion to strike.

## **STIPULATION**

Plaintiffs Barbara Jean Graham, deceased, and Joseph Graham, by and through their counsel of record, Dooley Herr & Peltzer, LLP, and Defendant Smiths Medical, by and through its counsel, Bowman and Brooke LLP, hereby stipulate that Defendant Smiths Medical shall have an additional 30 days, to and including September 21, 2007, within which to file and serve its initial response to the Complaint.

IT IS SO STIPULATED.

DATED: August 24, 2007                DOOLEY HERR & PELTZER, LLP

By:  /s/ Leonard C. Herr
Leonard C. Herr
Attorney for Plaintiffs
BARBARA JEAN GRAHAM
deceased, JOSEPH GRAHAM
as Executor of the Estate of
Barbara Jean Graham on behalf of
the HEIRS

DATED: August 24, 2007        BOWMAN AND BROOKE LLP

By:  /s/ Robert S. Robinson
Robert S. Robinson
Jenny A. Covington
Attorneys for Defendant
SMITHS MEDICAL

### [PROPOSED] ORDER

The Court, having read the Renewed and Amended Stipulation between Plaintiffs Barbara Jean Graham, deceased, and Joseph Graham, on the one hand, and Defendant Smiths Medical, on the other, pursuant to Local Rule 6-144(a), for a 30-day extension of the time for Defendant Smiths Medical to file and serve its initial response to the First Amended Complaint, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant Smiths Medical shall have an additional 30 days, to and including September 21, 2007, within which to file and serve its initial response to the First Amended Complaint.

**IT IS SO ORDERED**.

DATED: August 24, 2007

/s/ Lawrence J. O'Neill
The Honorable Lawrence J. O'Neill
United States District Judge

L421307

6

RENEWED AND AMENDED JOINT REQUEST/ REQUEST FOR RECONSIDERATION AND STIPULATION OF PARTIES EXTENDING TIME FOR DEFENDANT'S RESPONSE (PER LOCAL RULE 6-144(a)); [PROPOSED] ORDER