Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY HERR & PELTZER
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for PLAINTIFF,
   JOSEPH GRAHAM, Executor
    of the Estate of Barbara Jean Graham, deceased
    and the HEIRS of the Estate

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN GRAHAM, deceased, JOSEPH GRAHAM, as the Executor of the Estate of Barbara Jean Graham on behalf of the HEIRS.<br><br>    Plaintiffs,<br><br>  v.<br><br>SMITHS MEDICAL, MED ALERT and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO: 1:07-CV-00991-LJO-NEW<br><br>**STIPULATION AND ORDER VACATING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE VARIOUS CLAIMS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT** |

## RECITALS

WHEREAS, Defendant has filed a Motion to Dismiss and/or Strike Various Claims from Plaintiff's First Amended Complaint, which is scheduled to be heard on October 26, 2007;

WHEREAS, legal counsel for both parties have met and conferred concerning the articulated problems with Plaintiff's First Amended Complaint in an effort to resolve the pending motion, without unnecessary judicial intervention;

WHEREAS, Plaintiff's legal counsel has agreed to prepare and submit to the Court for filing, a Second Amended Complaint, which will address some, if not all of Defendant's counsel's objections;

LAW OFFICES
DOOLEY HERR
& PELTZER,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-
STIPULATION AND ORDER VACATING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE VARIOUS CLAIMS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS the withdrawal of the Defendant's Motion to Dismiss and/or Motion to Strike is without prejudice; and

WHEREAS both parties agree for purposes of judicial economy, the Court and the parties are better served by attempting to resolve these pleading issues by way of stipulation.

**STIPULATION**

IT IS HEREBY STIPULATED TO by and between the parties to this litigation through their respective attorneys of record as follows:

1. The October 26, 2007 hearing on Defendant's motion shall be taken off calendar;

2. Plaintiff shall submit to the Court a proposed amended pleading (Second Amended Complaint) on or before October 26, 2007, either by way of a stipulation or motion to amend; and

3. After the Court permits the filing of the Second Amended Complaint and it is served, the Defendant shall have twenty (20) days from the date of service of the Second Amended Complaint to file a response.

DATED: October 5, 2007     DOOLEY HERR & PELTZER, LLP

By: /s/Leonard C. Herr
LEONARD C. HERR,
Attorneys for Plaintiff
JOSEPH GRAHAM, Executor
of the Estate of Barbara Jean Graham, deceased, and the
HEIRS of the Estate

DATED: October 5, 2007     BOWMAN AND BROOKE LLP

By: /s/ Robert S. Robinson
Robert S. Robinson
Jenny A. Covington
Attorneys for Defendant
SMITHS MEDICAL

**ORDER**

LAW OFFICES
DOOLEY HERR
& PELTZER,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-
STIPULATION AND ORDER VACATING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE VARIOUS CLAIMS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT

LAW OFFICES
DOOLEY HERR
& PELTZER,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1 UPON GOOD CAUSE BEING SHOWN as set forth by the stipulation of legal counsel, the following order is entered.

IT IS HEREBY ORDERED that the October 26, 2007 hearing on Defendant's Motion to Dismiss and/or Strike Various Claims from Plaintiff's First Amended Complaint is hereby VACATED.

IT IS FURTHER ORDERED that on or before October 26, 2007, Plaintiff shall file a Stipulation or Motion to Amend the Complaint and after the Court permits the filing of the Second Amended Complaint and it is served, the Defendant shall have twenty (20) days from the date of service of the Second Amended Complaint to respond.

DATED: October 5, 2007 _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT COURT JUDGE

F:\Client Files\Graham, Joe (Wrongful Death B.J. Graham) 1311-00\Pleadings\Federal Court Pleadings\Stipulation to Vacate Hrg on Defendant's Mtn to Strike.doc