# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN GRAHAM, deceased, JOSEPH GRAHAM, as the Executor of the Estate of Barbara Jean Graham on behalf of the HEIRS.<br><br>Plaintiffs,<br><br>v.<br><br>SMITHS MEDICAL, MED ALERT and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 1:07-CV-00991-LJO-GSA<br><br>**ORDER OF DISMISSAL** |

Pursuant to the voluntary dismissal filed by Plaintiffs on October 26, 2007, (Doc. #19),

IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

Dated: October 30, 2007   　/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge